1  DANIELLE OCHS-TILLOTSON, State Bar No. 178677
   dot@ogletreedeakins.com
2  JOHN G. LEE, State Bar No. 238899
   john.lee@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
6
   Attorneys for Defendant
7  OCTAGON, INC.

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| JEFFREY M. SPERBECK, an individual, | Case No. C 10-01613 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS OR STAY ACTION** |
| vs. | |
| OCTAGON, INC., a District of Columbia, domestic business corporation, | Hearing Date:  June 25, 2010<br>Time:              10:00 a.m.<br>Courtroom:      8 |
| Defendant. | Trial Date:      Not Set |

        Plaintiff Jeffrey M. Sperbeck and Defendant Octagon, Inc., hereby agree and stipulate to

continue the hearing on Defendant's Motion to Dismiss or Stay Action, currently set for June 25,

2010, at 10:00 a.m. to July 9, 2010, at 10:00 a.m.  Plaintiff's opposition shall be due on June 18,

2010.  Defendant's reply shall be due on June 25, 2010.

///

///

///

                                           1                      Case No. C 10-01613 CRB
    STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION
                          TO DISMISS OR STAY ACTION

IT IS SO STIPULATED:

Dated:  June 4, 2010                    OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.


                                        By: _____/ s /  Danielle Ochs-Tillotson_____
                                            DANIELLE OCHS-TILLOTSON
                                            JOHN G. LEE
                                            Attorneys for Defendant
                                            OCTAGON, INC.

Dated:  June 4, 2010                    STEIN & LUBIN LLP


                                        By: _____/ s / Manuel A. Martinez_____
                                            MANUEL A. MARTINEZ
                                            CATHERINE A. JACKSON
                                            Attorneys for Defendant
                                            OCTAGON, INC.


### ORDER

The above joint stipulation to continue the hearing on Defendant's Motion to Dismiss Or Stay Action from June 25, 2010 to July 9, 2010 at 10:00 a.m. in Courtroom 8, United States District Court for the Northern District of California, San Francisco Division, IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated: _____June 4, 2010_____        _____
                                                United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

---

2                                    Case No. C 10-01613 CRB

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION
TO DISMISS OR STAY ACTION**